# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REAL ESTATE TRAINING INTERNATIONAL, LLC, AND EDUCATION MANAGEMENT SERVICES, LLC, <br>    Movants, <br><br> v. <br><br> THE NICK VERTUCCI COMPANIES, INC., AND NICK VERTUCCI, <br>    Respondents. <br><br>------------------------------------------------------<br><br> THE NICK VERTUCCI COMPANIES, INC. and NICK VERTUCCI, <br>    Movants, <br><br> v. <br><br> MARIO GARCIA, <br>    Respondent. | § § § § § § § § § § § § § § § § § § § § § § | Cause No. SA-15-MC-01106-OLG <br> [Underlying Lawsuit: <br> Case No. 8:14-CV-00546-AG-DFM, <br> in the United States District Court <br> for the Central District of California] |

**FILED JAN 0 5 2016** — CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

## ORDER DENYING REAL ESTATE TRAINING INTERNATIONAL'S EXPEDITED MOTION FOR RECONSIDERATION

On this date the Court considered Real Estate Training International's Expedited Motion for Reconsideration of this Court's Order granting the Nick Vertucci Companies, Inc. and Nick Vertucci's motion to compel (docket no. 4). After careful consideration, the Court DENIES Movant's motion.

It is so ORDERED.

SIGNED this 5 day of January, 2016.

Chief United States District Judge Orlando L. Garcia